HANNEY, Appellant, v. WREN et al., School Trustees, Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Mary Hanney against John Wren and others, as trustee of School District No. 5 of the town of Ossining.

PER CURIAM. Judgment of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event; on the ground that the County Court erred in dismissing the complaint on the ground that it did not state facts sufficient to constitute a cause of action.